# Order

Michigan Supreme Court
Lansing, Michigan

November 2, 2016

153320

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC: 153320
          COA: 328491
          Hillsdale CC: 14-383327-FC

C. JAY STRAUSBAUGH,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

t1026